JOHN HOSSACK, Appellant, *v.* JOHN D. CATON, Appellee.

APPEAL FROM LA SALLE.

BREESE, J.   This case is in all respects identical with that of *Raymond* v. *Caton, ante,* and must be decided in the same way.   The judgment is affirmed.

*Judgment affirmed.*

CATON, C. J., did not sit in this case, nor take any part in the hearing and judgment.